UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEREK LEAKE-BEY,                                        Civil No. 06-3749 (JNE/JSM)

      Petitioner,                                        **ORDER ADOPTING**
v.                                                    **REPORT AND RECOMMENDATION**

LYNN DINGLE, Warden,

      Respondent.

_____

Derek Leak-Bey, *Pro Se.*

Thomas R. Ragatz, Esq., Minnesota Attorney General, Suite 1800, 445 Minnesota Street, St. Paul, Minnesota 55101.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 19, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is summarily DENIED; and

2. This action is DISMISSED with prejudice.

Dated: November 21, 2006

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge